# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

138214

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JESSICA MARIE STANLEY, a minor,
by her conservator, PAMELA ANN STANLEY,
      Plaintiff-Appellee,

v

                                         SC: 138214
                                         COA: 286877
                                         Oakland CC: 06-074526-NM

B. STEPHEN STANLEY,
         Defendant/Cross-Plaintiff/Appellee,
and

JON B. GANDELOT and GANDELOT AND
ASSOCIATES, jointly and severally,
         Defendants/Cross-Defendants/
         Appellants.

_____/

On order of the Court, the application for leave to appeal the December 29, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

0518

                                                  Clerk